BERTHA EPSTEIN, Appellant, *v.* JOHN MULLINS & SONS, INC., Respondent.

JOHN MULLINS & SONS, INC., Plaintiff, *v.* BERTHA EPSTEIN et al., Defendants.

Submitted January 12, 1944; decided February 24, 1944.

*Benjamin H. Siff* and *David D. Reibstein* for appellant.
*Maurice F. Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CON-WAY, DESMOND and THACHER, JJ.